# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00156-CV

**Sajeev Pynadath, Appellant**

**v.**

**Preethy Pynadath, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 21DFAM328779, THE HONORABLE MIKE RUSSELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sajeev Pynadath has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed:  April 3, 2025